# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES J. DOYLE and<br>LISA JEFFRIES DOYLE,<br><br>                Debtors. | Case No. 16-26482<br><br>Honorable A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of James J. Doyle and Lisa Jeffries Doyle, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on June 16, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
161 North Clark Street
Suite 4200
Chicago, IL  60601
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale,FL 33329-7871

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Barclays BANK Delaware
Attn: Bankruptcy Dept.
Po Box 8803
Wilmington,DE 19899-8803

Best Buy
Bankruptcy Department
PO Box 15521
Wilmington,DE 19850-5521

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

COMENITY BANK/Avenue
Attn: Bankruptcy Dept.
Po Box 182789
Columbus,OH 43218-2789

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington,DE 19850-5298

Chase MTG
Attn: Bankruptcy Dept.
Po Box 24696
Columbus,OH 43224-0696

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington,DE 19850-5316

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Fifth Third BANK
Attn: Bankruptcy Dept.
5050 Kingsley Dr
Cincinnati,OH 45227-1115

Fifth Third Bank
PO Box 9013
Addison,TX 75001-9013

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Syncb/Citgo
Attn: Bankruptcy Dept.
4125 Windard Plaza
Alpharetta,GA 30005-8738

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando,FL 32896-5005

Syncb/WALMART DC
Attn: Bankruptcy Dept.
Po Box 965024
Orlando,FL 32896-5024

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis,MN 55440-0673

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester,PA 19022-1023

James J Doyle
16336 67th Court
Tinley Park, IL 60477-1706

Lisa Jeffries Doyle
16336 67th Court
Tinley Park, IL 60477-1706

Nathan E Curtis
Geraci Law L.L.C.
55 E. Monroe St. # 3400
Chicago, IL 60603-5920

Tarek M Khalil
Geraci Law L.L.C.
55 East Monroe St # 3400
Chicago, IL 60603-5920

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| JAMES J. DOYLE | § | Case No. 16-26482 |
| LISA JEFFRIES DOYLE | § | |
| | § | |
| Debtors | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, July 19, 2017 in Courtroom 642, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/26/2017                    By: /s/ Barry A. Chatz, Trustee
                                                Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL  60606*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JAMES J. DOYLE § Case No. 16-26482
LISA JEFFRIES DOYLE §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,712.67 |
| and approved disbursements of | $ | 3,465.00 |
| leaving a balance on hand of[1] | $ | 35,247.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 4,274.77 | $ 0.00 | $ 4,274.77 |
| Trustee Expenses: BARRY A. CHATZ | $ 64.90 | $ 0.00 | $ 64.90 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,545.00 | $ 0.00 | $ 1,545.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 1.07 | $ 0.00 | $ 1.07 |

Total to be paid for chapter 7 administrative expenses    $   5,885.74
Remaining Balance                                         $  29,361.93

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,284.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 8,501.98 | $ 0.00 | $ 6,046.72 |
| 2 | DISCOVER BANK | $ 14,896.37 | $ 0.00 | $ 10,594.49 |
| 3 | FIFTH THIRD BANK | $ 17,622.48 | $ 0.00 | $ 12,533.34 |
| 4 | Portfolio Recovery Associates, Llc | $ 91.88 | $ 0.00 | $ 65.35 |
| 5 | Portfolio Recovery Associates, Llc | $ 171.58 | $ 0.00 | $ 122.03 |
| | Total to be paid to timely general unsecured creditors | | $ | 29,361.93 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*