UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § <br> § <br> JAMES J. DOYLE § <br> LISA JEFFRIES DOYLE § <br> § <br> Debtors § | Case No. 16-26482 |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 148,077.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 43,850.00 |
| Total Distributions to Claimants: 29,361.93 | Claims Discharged <br> Without Payment: 11,922.36 |
| Total Expenses of Administration: 5,885.74 | |

3) Total gross receipts of $ 38,712.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,465.00 (see **Exhibit 2**), yielded net receipts of $ 35,247.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,885.74 | 5,885.74 | 5,885.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 41,284.29 | 41,284.29 | 29,361.93 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 47,170.03 | $ 47,170.03 | $ 35,247.67 |

4) This case was originally filed under chapter 7 on 08/17/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2017          By:/s/BARRY A. CHATZ
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| James Doyle's inheritance from his brother's 401(k). | 1229-000 | 30,701.67 |
| James Doyle's inheritance from his brother's Roth IRA. | 1229-000 | 8,011.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 38,712.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Doyle, James J. | Exemptions | 8100-002 | 3,465.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,465.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 4,274.77 | 4,274.77 | 4,274.77 |
| BARRY A. CHATZ | 2200-000 | NA | 64.90 | 64.90 | 64.90 |
| COHEN & KROL | 3210-000 | NA | 1,545.00 | 1,545.00 | 1,545.00 |
| COHEN & KROL | 3220-001 | NA | 1.07 | 1.07 | 1.07 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,885.74 | $ 5,885.74 | $ 5,885.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 8,501.98 | 8,501.98 | 6,046.72 |
| 2 | DISCOVER BANK | 7100-000 | NA | 14,896.37 | 14,896.37 | 10,594.49 |
| 3 | FIFTH THIRD BANK | 7100-000 | NA | 17,622.48 | 17,622.48 | 12,533.34 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 91.88 | 91.88 | 65.35 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 171.58 | 171.58 | 122.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 41,284.29 | $ 41,284.29 | $ 29,361.93 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-26482 ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | JAMES J. DOYLE | | | Date Filed (f) or Converted (c): | 08/17/2016 (f) |
| | LISA JEFFRIES DOYLE | | | 341(a) Meeting Date: | 09/13/2016 |
| For Period Ending: | 08/03/2017 | | | Claims Bar Date: | 03/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate - 16336 67tth Court, Tinley Park, IL 60477 | 174,328.00 | 0.00 | | 0.00 | FA |
| 2. Automobiles, Trucks and Vehicles - 2009 Honoda CR-V, 81,000 | 8,044.00 | 0.00 | | 0.00 | FA |
| 3. Automobiles, Trucks and Vehicles - 1998 Camry, 170,000 miles | 505.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. Computer, printer, supplies | 500.00 | 0.00 | | 0.00 | FA |
| 6. Electronics (flat screen tv, computer, printer, music collec | 450.00 | 0.00 | | 0.00 | FA |
| 7. Everyday clothes, shoes, accessories | 250.00 | 0.00 | | 0.00 | FA |
| 8. Everyday jewelry, wedding rings | 300.00 | 0.00 | | 0.00 | FA |
| 9. Checking account - Chase | 172.00 | 0.00 | | 0.00 | FA |
| 10. Savings account - Chase | 323.00 | 0.00 | | 0.00 | FA |
| 11. Cats | 0.00 | 0.00 | | 0.00 | FA |
| 12. Term life insurance - no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 13. 401(k) - Chase | Unknown | 0.00 | | 0.00 | FA |
| 14. 401(k) - Employer | Unknown | 0.00 | | 0.00 | FA |
| 15. James Doyle's inheritance from his brother's Roth IRA. (u) | 8,011.00 | 8,011.00 | | 8,011.00 | FA |
| 16. James Doyle's inheritance from his brother's 401(k). (u) | 30,701.67 | 30,701.67 | | 30,701.67 | FA |
| 17. Stock and interests in businesses - Microsoft | 255.00 | 0.00 | | 0.00 | FA |
| 18. Stocks, interests in business - JP Morgan Chase | 435.00 | 0.00 | | 0.00 | FA |
| 19. Stocks, interests in incorporated and unincorporated busines | 1,700.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $227,174.67 | $38,712.67 | | $38,712.67 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/16 - Single Asset - inheritance.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Furniture, linens, small appliances, table & chairs, bedroom set |
| RE PROP # | 5 | -- | Computer |
| RE PROP # | 6 | -- | Flat screen tv, computer, printer, music collection, cell phone |
| RE PROP # | 15 | -- | Debtor's brother passed away post-petition. |
| RE PROP # | 16 | -- | Debtor's brother passed away post-petition. |

Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-26482 | Trustee Name: BARRY A. CHATZ |
| Case Name: JAMES J. DOYLE | Bank Name: Union Bank |
| LISA JEFFRIES DOYLE | Account Number/CD#: XXXXXX0888 |
| | Checking |
| Taxpayer ID No: XX-XXX1881 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/17 | | LISA JEFFRIES DOYLE | LIQUIDATION OF OTHER ASSET<br>DEBTOR WAS BENEFICIARY TO BROTHER'S 401(K) PLAN WHICH HE DID NOT KNOW HE WAS.<br><br>Deposit was received and verified by BAC 3/27/17 | | $38,712.67 | | $38,712.67 |
| | | | Gross Receipts        $38,712.67 | | | | |
| | 15 | | James Doyle's inheritance from his brother's Roth IRA.     $8,011.00 | 1229-000 | | | |
| | 16 | | James Doyle's inheritance from his brother's 401(k).     $30,701.67 | 1229-000 | | | |
| 04/13/17 | 400001 | JAMES J. DOYLE<br>16336 67TH COURT<br>TINLEY PARK, IL  60477 | Exemption pursuant to Amended Schedules filed 3/28/17 | 8100-000 | | $0.00 | $38,712.67 |
| 04/13/17 | 400001 | JAMES J. DOYLE<br>16336 67TH COURT<br>TINLEY PARK, IL  60477 | EXEMPTION Reversal Amount should be $3,465.00 - not $0.00 | 8100-000 | | $0.00 | $38,712.67 |
| 04/13/17 | 400002 | JAMES J. DOYLE<br>16336 67TH COURT<br>TINLEY PARK, IL  60477 | Exemption pursuant to Amended Schedules filed 3/28/17 | 8100-002 | | $3,465.00 | $35,247.67 |
| 07/19/17 | 400005 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Voided - de minimis funds checks to Bankruptcy Court to be replaced with check made payable to Cohen & Krol for expense reimbursement | 3220-000 | | ($1.07) | $35,248.74 |
| 07/19/17 | 400003 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL  60601 | Distribution | | | $4,339.67 | $30,909.07 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order.     ($4,274.77) | 2100-000 | | | |

| | | | | Page Subtotals: | $38,712.67 | $7,803.60 | |

UST Form 101-7-TDR (10/1/2010) (Page: 8)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-26482 | Trustee Name: | BARRY A. CHATZ |
| Case Name: JAMES J. DOYLE | Bank Name: | Union Bank |
| LISA JEFFRIES DOYLE | Account Number/CD#: | XXXXXX0888 Checking |
| Taxpayer ID No: XX-XXX1881 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($64.90) 2200-000 | | | |
| 07/19/17 | 400004 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $1,545.00 | $29,364.07 |
| 07/19/17 | 400005 | Clerk, U.S. Bankruptcy Court | Remit to Court | 3220-001 | | $1.07 | $29,363.00 |
| 07/19/17 | 400006 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 71.12 % per court order. | 7100-000 | | $6,046.72 | $23,316.28 |
| 07/19/17 | 400007 | DISCOVER BANK<br>DISCOVER PRODUCTS INC.<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 2 representing a payment of 71.12 % per court order. | 7100-000 | | $10,594.49 | $12,721.79 |
| 07/19/17 | 400008 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TX 75001 | Final distribution to claim 3 representing a payment of 71.12 % per court order. | 7100-000 | | $12,533.34 | $188.45 |
| 07/19/17 | 400009 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Gap Visa Card)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 4 representing a payment of 71.12 % per court order. | 7100-000 | | $65.35 | $123.10 |
| 07/19/17 | 400010 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 5 representing a payment of 71.12 % per court order. | 7100-000 | | $122.03 | $1.07 |
| 07/19/17 | 400011 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Reimbursement for Expenses Incurred<br>When Distribution prepared, check to Cohen & Krol for $1.07 in expense reimbursement was originally made payable to Bankruptcy Court as a de minimis distribution | 3220-000 | | $1.07 | $0.00 |
| | | | Page Subtotals: | | $0.00 | $30,909.07 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $38,712.67 | $38,712.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $38,712.67 | $38,712.67 |
| Less: Payments to Debtors | $0.00 | $3,465.00 |
| Net | $38,712.67 | $35,247.67 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0888 - Checking | $38,712.67 | $35,247.67 | $0.00 |
| | $38,712.67 | $35,247.67 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $38,712.67 |
| Total Gross Receipts: | $38,712.67 |

Page Subtotals: $0.00 $0.00

*UST Form 101-7-TDR (10/1/2010)* *(Page: 11)*